UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ESTHER KIOBEL, ET AL.,

                                  Plaintiffs,

      -against-

ROYAL DUTCH PETROLEUM COMPANY,
ET AL.,

                              Defendants.
----------------------------------------------------------X

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/21/19

02-CV-7618 (KMW) (HBP)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Clerk of Court is ordered to reopen the above-captioned case.

    SO ORDERED.

Dated: New York, New York
       May 21, 2019

                                  _Kimba M. Wood_
                                  KIMBA M. WOOD
                      United States District Judge